UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN LAWRENCE,<br>　　Plaintiff,<br><br>v.<br><br>CHEMDESIGN CORPORATION;<br>BAYER CORPORATION; and BAYER<br>CORPORATION SEVERANCE PAY PLAN,<br>Defendants. | )<br>)<br>)<br>)　DOCKET NO. 04-40067-FDS<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF PLAINTIFF AND PLAINTIFF'S COUNSEL

The undersigned hereby certify that we have conferred:

a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

　　　　　　　　　　　　　　　__/ s / Steven Lawrence_____
　　　　　　　　　　　　　　　Steven Lawrence
　　　　　　　　　　　　　　　Plaintiff


　　　　　　　　　　　　　　　__/ s / Richard A. Mulhearn__
　　　　　　　　　　　　　　　Richard A. Mulhearn
　　　　　　　　　　　　　　　Counsel for Plaintiff

Dated: September 28, 2004.