UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN LAWRENCE,<br>    Plaintiff,<br><br>v.<br><br>CHEMDESIGN CORPORATION;<br>BAYER CORPORATION; and BAYER<br>CORPORATION SEVERANCE PAY<br>PLAN,<br>    Defendants. | )<br>)<br>)<br>)   DOCKET NO. 04-40067-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, the parties have conferred and submit the following Joint Statement in connection with the October 15, 2004 Scheduling Conference.

**I.    Conference Agenda**

1. Proposed Pre-Trial Schedule and Discovery Plan.

2. Possibility of Consent to Trial by Magistrate Judge.

3. Possibility of resolving this action through alternative dispute resolution.

**II.   Proposed Joint Discovery Plan**

1. **Initial Disclosures.**  Initial disclosures to be served by October 30, 2004.

2. **Amendment to Pleadings**.  Motions to amend the pleadings to be made by December 15, 2004.

3. **Written Discovery Requests**.  Written discovery requests shall be completed by January 31, 2005.

4.     **Depositions of Fact Witnesses**.  Depositions of fact witnesses will be completed by April 30, 2005.

5.     **Requests for Admissions**.  Requests for Admissions, if any, shall be completed by April 30, 2005.

6.     **Status Conference**.  A Status Conference, if approved by the Court, shall occur in May 2005.

7.     **Expert Discovery**.     The parties shall designate trial experts and disclose information required by FRCP, Rule 26(a)(2) by June 30, 2005.  Expert depositions shall be completed by July 30, 2005.

### III. Proposed Motion Schedule

Rule 12 Motions to Dismiss and/or Rule 56 Motions for Summary Judgment shall be filed by July 31, 2005.   Responses to such dispositive motions shall be served within 30 days of service.

### IV. Settlement and/or Case Management Conferences

A Settlement Conference and/or Case Management Conference shall take place at the discretion of the Court.  The parties request the Court to hold a final pre-trial conference in September 2005 and set a firm trial date.

### V. Rule 16.1 Certification

The parties' Certifications pursuant to L.R. 16.1 are being filed separately.

**VI.**     **Trial by Magistrate**

    At this time, the parties do not agree to trial by magistrate.

Respectfully Submitted,

| Counsel for Plaintiff, | Counsel for Defendants, |
|---|---|
| /s/ Richard A. Mulhearn | /s/ Erik J. Frick |
| Richard A. Mulhearn, Esq. | Erik J. Frick, Esquire |
| BBO No. 359680 | BBO No. 553336 |
| Law Offices of Richard A. Mulhearn | Eckert, Seamans, Cherin & Mellott, LLC |
| 41 Elm Street | One International Place |
| Worcester, MA 01609 | Boston, MA 02110 |
| Tel. (508) 753-9999/Fax:(508) 753-9011 | Tel. (617) 342-6853/Fax:(617) 342-6899 |

Dated:   October 13, 2004.

3