UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN LAWRENCE,<br>　　　　Plaintiff<br><br>v.<br><br>CHEMDESIGN CORPORATION;<br>BAYER CORPORATION; and BAYER<br>CORPORATION SEVERANCE PAY<br>PLAN,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Docket No. 04-40067-NMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of the Above Named Court:

    Please withdraw my appearance as attorney for ChemDesign Corporation in the above entitled case. This notice is accompanied by the appearance of my successor counsel; no motions are now pending before the court; no trial date has been set; and proof of service on my client and all other parties of said withdrawal is attached hereto.

Dated: October 8, 2004

　　　　　　　　　　　　　　　　　　　　／s／ C. Theodore Mariolis
　　　　　　　　　　　　　　　　　　　　C. Theodore Mariolis, BBO# 320440
　　　　　　　　　　　　　　　　　　　　Attorney for ChemDesign Corporation
　　　　　　　　　　　　　　　　　　　　Gelinas & Ward, LLP
　　　　　　　　　　　　　　　　　　　　515 Main Street
　　　　　　　　　　　　　　　　　　　　P. O. Box 7656
　　　　　　　　　　　　　　　　　　　　Fitchburg, Massachusetts 01420
　　　　　　　　　　　　　　　　　　　　Tel. No. 978-345-7911

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served by either by electronic service or by U.S. mail, postage prepaid, this 8th day of October, 2004, upon the following counsel:

Richard A. Mulhearn, Esquire
Law Offices of Richard A. Mulhearn
41 Elm Street
Worcester, MA 01609


Erik J. Frick, Esquire
Eckert Seamans Cherin & Mellott LLC
One International Place
18th Floor
Boston, MA 02110

Peter F. Carr, Esquire
Eckert Seamans Cherin & Mellott LLC
One International Place
18th Floor
Boston, MA 02110

OF COUNSEL:

John J. Myers
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

/s/ _____
C. Theodore Mariolis, Esq.
Attorney for Defendant
Gelinas & Ward, LLP
515 Main Street,
P.O. Box 7656
Fitchburg, MA 01420
Cmariolis@gelinasandward.com

DATED: October 8, 2004

3