UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN LAWRENCE, | ) |
| Plaintiff | ) Docket No. 04-40067-FDS |
| v. | ) |
| CHEMDESIGN CORPORATION; BAYER CORPORATION; and BAYER CORPORATION SEVERANCE PAY PLAN, | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

To the Clerk of the Above Named Court:

Kindly enter my appearance as counsel for ChemDesign Corporation, Bayer Corporation and Bayer Corporation Severance Pay Plan.

Dated: October 15, 2004

Respectfully Submitted:

Erik J. Frick, BBO No. 553336
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Flr.
Boston, MA  02110
Telephone: 617-342-6853
Facsimile: 617-342-6899

{K0290305.1}

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served by hand, this 15th day of October, 2004, upon the following counsel:

Richard A. Mulhearn, Esquire
Law Office of Richard A. Mulhearn
41 Elm Street
Worcester, MA 01609
*Attorney for Steven Lawrence*

C. Theodore Mariolis, Esquire
Gelinas & Ward, LLP
515 Main Street
P.O. Box 7656
Fitchburg, MA 01420
*Former attorney for Chemdesign Corporation*

                                                         Erik J. Frick, Esq.

{K0290305.1}