UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN LAWRENCE,<br><br>       Plaintiff<br><br>v.<br><br>CHEMDESIGN CORPORATION;<br>BAYER CORPORATION; and BAYER<br>CORPORATION SEVERANCE PAY<br>PLAN,<br><br>       Defendants. | Docket No. 04-40067-FDS |

## DEFENDANTS'

## RULE 16.1(D)(3) CERTIFICATION

In accordance with Local Rule 16.1(D)(3) undersigned counsel and undersigned authorized representative of Lanxess Corporation, which is a spin off of Bayer Corporation's business which formerly operated Chemdesign Corporation, and thus the entity which is responsible for managing this case, hereby affirms that they have conferred:

(a) with a view to establishing a budget for the costs of conducting a full course - - - and various alternative courses - - - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Todd Portzline, Esq.
Lanxess Corporation
Law Department
100 Bayer Road
Pittsburgh, PA 15205-9741

_____
Erik J. Frick, Esq.
BBO No. 553336
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110
(617) 342-6800 (Tel.)
(617) 342-6899 (Fax)

{K0290213.1}

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on October 15, 2004.

_____