UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Lawrence,**
       **Plaintiff(s),**

       **V.**

**CIVIL ACTION**

**NO. 04-40067-FDS**

**Chemdesigh Corporation.,**
       **Defendant(s),**

### SETTLEMENT ORDER OF DISMISSAL

**Saylor, D. J.**

The Court having been advised on    January 10, 2005   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

January 10, 2005
Date

/s/ Martin Castles
Deputy Clerk